ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NATIONAL CONVERTING &
FULFILLMENT CORPORATION,
ET AL.,

    Plaintiffs,

v.

BANKERS TRUST CORP. f/k/a
BANKERS TRUST NEW YORK CORP.,
ET AL.,

    Defendants.

No. 3:99-CV-101-T



FILED APR 23 1999 NANCY DOHERTY, CLERK

ENTERED ON DOCKET
APR 23 1999
U.S. DISTRICT CLERK'S OFFICE

## INTERLOCUTORY JUDGMENT

This action came before the Court, Honorable Robert B. Maloney, presiding, and the issues having been duly considered and a decision having been rendered:

It is **ORDERED** and **ADJUDGED** that the negligent misrepresentation claim of Plaintiffs National Converting & Fulfillment Corporation, National Packaging Corporation, C & S Litho, Inc., Specialty Container Corporation, Graphics Unlimited West, and Process Graphic Services, a/k/a Process Engraving Co., Inc., against Defendants Bankers Trust Corp., f/k/a Bankers Trust New York Corp., BT Investment Partners, Inc., a/k/a Bankers Trust Capital Partners, Inc., a/k/a Bankers Trust Investment Partners, Inc., a/k/a BTIP, Inc., Jamie Dworkin, and Gary Ullman is **dismissed with prejudice**.

16

Signed this 23 day of April, 1999.

_____
Robert B. Maloney
U.S. District Judge

INTERLOCUTORY JUDGMENT                                               PAGE 2