IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION



| | |
|---|---|
| NATIONAL CONVERTING & <br> FULFILLMENT CORPORATION, <br> et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANKERS TRUST CORP., f/k/a <br> BANKERS TRUST NEW YORK CORP., <br> et al., <br><br> Defendants. | No. 3:99-CV-101-T |

## INTERLOCUTORY JUDGMENT

This action came before the Court, Honorable Robert B. Maloney, presiding, and the issues having been duly considered and a decision having been rendered:

It is **ORDERED** and **ADJUDGED** that Plaintiff Graphics Unlimited West's claim for fraud against Defendants Bankers Trust Corp., f/k/a Bankers Trust New York Corp., BT Investment Partners, Inc., a/k/a Bankers Trust Capital Partners, Inc., a/k/a Bankers Trust Investment Partners, Inc., a/k/a BTIP, Inc., James Dworkin, and Gary Ullman is **dismissed with prejudice**.

It is **FURTHER ORDERED** and **ADJUDGED** that the claims of Plaintiffs National Converting & Fulfillment Corporation, National Packaging Corporation, C & S Litho, Inc., Specialty Container Corporation, and Process Graphic Services, a/k/a Process Engraving Co.,

Inc., for fraud against Defendants BT Investment Partners, Inc., a/k/a Bankers Trust Capital Partners, Inc., a/k/a Bankers Trust Investment Partners, Inc., a/k/a BTIP, Inc., and James Dworkin are **dismissed with prejudice**.

It is **FURTHER ORDERED** and **ADJUDGED** that Plaintiff Graphics Unlimited West's claim for fraudulent inducement against Defendants Bankers Trust Corp., f/k/a Bankers Trust New York Corp., BT Investment Partners, Inc., a/k/a Bankers Trust Capital Partners, Inc., a/k/a Bankers Trust Investment Partners, Inc., a/k/a BTIP, Inc., James Dworkin, and Gary Ullman is **dismissed with prejudice**.

It is **FURTHER ORDERED** and **ADJUDGED** that the claims of Plaintiffs National Converting & Fulfillment Corporation, National Packaging Corporation, C & S Litho, Inc., Specialty Container Corporation, and Process Graphic Services, a/k/a Process Engraving Co., Inc., for fraudulent inducement against Defendants BT Investment Partners, Inc., a/k/a Bankers Trust Capital Partners, Inc., a/k/a Bankers Trust Investment Partners, Inc., a/k/a BTIP, Inc., and James Dworkin are **dismissed with prejudice**.

It is **FURTHER ORDERED** and **ADJUDGED** that the claims of Plaintiffs National Converting & Fulfillment Corporation, National Packaging Corporation, C & S Litho, Inc., Specialty Container Corporation, Graphics Unlimited West, and Process Graphic Services, a/k/a Process Engraving Co., Inc., for breach of contract against Defendants Gary Ullman, James Dworkin, and BT Investment Partners, Inc., a/k/a Bankers Trust Capital Partners, Inc., a/k/a Bankers Trust Investment Partners, Inc., a/k/a BTIP, Inc., are **dismissed with prejudice**.

Signed this 17 day of September, 1999.

_____
Robert B. Maloney
U.S. District Judge